**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 67 MAL 2023

            Respondent                  :

                                         :    Petition for Allowance of Appeal

                                         :    from the Order of the Superior Court

            v.                             :

                                         :

HAROLD BURTON,                       :

                                         :

            Petitioner                   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 18th day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.